**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
CHIOMA OZUZU,

                Plaintiffs,

                              18 **CIV** 6799 (ER)

        -against-                        **JUDGMENT**

FUNCTION(X), INC.,

                Defendants.
---------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Order dated August 21, 2020, Ozuzu's motion for damages, attorney's fees, and costs is granted in part and denied in part; the Court awards Ozuzu $1,500 in damages, $1,225 in attorney's fees, and $440 in costs; this judgment shall accrue post-judgment interest as mandated by 28 U.S.C. § 1961; accordingly, the case is closed.

**DATED**: New York, New York
             September 10, 2020

                                                    **RUBY J. KRAJICK**
                                                      _____
                                                      **Clerk of Court**
                                           BY: _____
                                                     **Deputy Clerk**